NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICARDO J. CALDERON LOPEZ, dba Starlight Consulting Services,**
*Plaintiff-Appellant*

**v.**

**STATE OF CALIFORNIA BAR ASSOCIATION, JACKSON LEWIS LLP,**
*Defendants*

---

2025-1739

---

Appeal from the United States District Court for the Central District of California in No. 2:25-cv-01445-JFW-MAA, Judge John F. Walter.

---

PER CURIAM.

## O R D E R

Ricardo J. Calderon Lopez brought suit against the State of California Bar Association and Jackson Lewis LLP alleging, among other things, a conspiracy related to his inclusion on the Judicial Council of California's Vexatious Litigant List. Dkt. No. 1 at 1–3. The United States District Court for the Central District of California dismissed the case for lack of subject matter jurisdiction and later denied

his post-judgment motion. Mr. Calderon Lopez then filed a notice of appeal directed to this court.

As we have previously explained to Mr. Calderon Lopez,[1] this court's jurisdiction to review district court decisions is limited to cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2). This case plainly does not fall within that jurisdiction. We therefore transfer to the United States Court of Appeals for the Ninth Circuit under 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

The appeal and all its filings are transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 11, 2025
Date

---

[1]    *See Calderon Lopez v. Gumushyan*, No. 2025-1765, ECF No. 10 at 2 (Fed. Cir. July 8, 2025); *Calderon Lopez v. Off. of the Sec'y of State*, No. 2024-1964, ECF No. 4 at 2 n.1 (Fed. Cir. July 23, 2024) (collecting cases).